IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

OWEN HARTY,

   Plaintiff,

v.               Case No: 1:15-cv-22575-DPC

COMPA OF HIALEAH, INC.,

   Defendant,
_____/

STIPULATION FOR APPROVAL AND ENTRY OF
CONSENT DECREE AND DISMISSAL OF CASE WITH PREJUDICE

   Plaintiff and Defendant, by and through undersigned counsel, hereby move this court to approve and enter judgment on the Proposed Consent Decree annexed hereto as Exhibit A ("the Consent Decree").

   Pursuant to Title III of the Americans with Disabilities Act this Court is authorized to enter a Consent Decree requiring a public accommodation to alter facilities to make such facilities readily accessible to and useable by individuals with disabilities to the extent required by Subchapter III of Chapter 126 of Title 42 of the United States Code. 42 USC ' 12188 (a)(2) 2000.

   Wherefore, Plaintiff and Defendant, respectfully request this Court to approve and enter judgment on the Consent Decree and retain jurisdiction to enforce the Consent Decree and Dismiss the Case with Prejudice.

   Pursuant to Anago Franchise Financing, Inc., v. Shaz, LLC., 677 F.3d 1272 (11th Cir. 2012), the effectiveness of this stipulation for dismissal is contingent upon the Court=s retaining jurisdiction to enforce the terms and conditions of the attached Consent Decree.

| FOR THE PLAINTIFF | FOR THE DEFENDANT |
|---|---|
| By: /s/ Philip Michael Cullen, III | By: /s/ Eric W. Neilsen |
| Fla. Bar No: 167853<br>Thomas B. Bacon, P.A.<br>621 South Federal Highway, Ste 4<br>Fort Lauderdale, Florida 33301<br>ph. (954) 462-0600<br><br>cullen@thomasbaconlaw.com | Florida Bar No.: 0476757<br>**BKN Murray, LLP**<br>100 2nd Avenue N., Suite 204<br>St. Petersburg, FL 33701<br>Telephone: (727) 822-8696<br>Facsimile: (727) 471-0616<br><br>eneilsen@bknmurraylaw.com |