UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

1:15-22575-CIV-GAYLES

OWEN HARTY,

    Plaintiff,

vs.

COMPA OF HIALEAH, INC.,

    Defendant.

_____/

**ORDER APPROVING CONSENT DECREE
AND DISMISSAL WITH PREJUDICE**

THIS CAUSE is before the Court on the parties' Stipulation For Approval and Entry of Consent Decree and Dismissal of Case with Prejudice [D.E. 7]. The Court has carefully considered the stipulation and the Consent Decree attached as Exhibit "A", and is otherwise fully advised in this matter.

Accordingly, it is

ORDERED AND ADJUDGED as follows:

1.     The Consent Decree is hereby APPROVED by the Court.

2.     This action is hereby DISMISSED WITH PREJUDICE.

3.     The Court Retains jurisdiction to enforce the Consent Decree.

4.     Each party shall bear its own attorney's fees and costs except as detailed in the parties' Consent Decree.

    5.    All pending motions are hereby denied as moot.

    6.    The Clerk is direct to CLOSE the Case.

DONE AND ORDERED in Chambers at Miami, Florida, this 31st day of August, 2015.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge Turnoff
       All Counsel of Record